IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANGELA LEWIS,                                                                                    PETITIONER
ADC #709315

V.                                         5:09-cv-00308-JMM-JJV

LARRY NORRIS, Director,                                                                     RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which Ms. Lewis has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS THEREFORE ORDERED that Ms. Lewis's Petition (Doc. No. 1) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this 18th day of October, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE