**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANGELA LEWIS,                                                                                          PETITIONER
ADC #709315

V.                                        5:09-cv-00308-JMM-JJV

LARRY NORRIS, Director,                                                                         RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. A certificate of appealability is DENIED.

DATED this 18th day of October, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE